FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Johnson
(Last Name)      (Identification Number)

Carvis          Lamar
(First Name)        (Middle Name)

Rankin County Jail
(Institution)

221 N. Timber St Brandon MS 39042
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 28 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

V.      CIVIL ACTION NUMBER: 3:20cv117 HTW-LRA
(to be completed by the Court)

Bryant Bailey

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Carvis Johnson      Prisoner Number: 109384

   Address: 9
   221 North Timber St Brandon MS 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Bryant Bailey   is employed as Sheriff over the County
    So1   at Rankin County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Carvis Johnson

ADDRESS: 221 N. Timber st Brandon MS 39042

DEFENDANT(S):

NAME: Bryant Bailey

ADDRESS: 221 N. Timber st. Brandon MS 39042

## OTHER LAWSUITS FILED BY PLAINTIFF

### NOTICE AND WARNING
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?  Yes (✓)  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: 3:20-CV-00009-DPJ-FKB
2. Court (if federal court, name the district; if state court, name the county): United States District Court Southern District Mississippi
3. Docket Number: 1
4. Name of judge to whom case was assigned: F. Keith Ball in Daniel P. Jordan, III
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) is it still pending

CASE NUMBER 2.
1. Parties to the action: _____
2. Court (if federal court, name the district; if state court, name the county): _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

The Sheriff Bryant Bailey letting this Jail Trustee inmates Smoke Tabacco in this jail everyday in the trustee inmates dip Tabacco in they mouth in the officers walk around the Jail with Tabacco in they mouth in they Cell phones on them everyday it's all on Camera in the trustee inmates family buy it for them in they let them come to the jail to give it to the officers to give to them Now by federa law 2013 no County Jail or State prison Cant smoke Tabacco but Bryant Bailey let them do it everyday they smoke off Camera in they keep the Tabacco in wood place lock up right by the Camera in the Hallway downstairs at

Next page →

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

for the Judge to give them a federal Indictment for broking fEderal law The federal law say they Cant Smok The whole jail will tell you I aint lying in the Camera

Signed this 26 day of Feb, 20 20

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Carvis Johnson
Signature of plaintiff