They wont wash My shirt Boxser Soks or Nothing in 2 in half months now it on Camera

They wont cut My hair in 2 months now in the jail get one every 2 weeks its on camera they ain't cut it

In ISO Cell 314

The Reports That all the time the officers Take My shower in dayroom Call In I can't get nothing wash or no Haircut In its all on Camera

In the Camera will show you that they took My shower that manny time for nothing they lowdown I aint did nothing to make them take My shower

1) on the 2-7-20 officer winston in officer lilter Took My shower in dayroom
2) on the 2-8-20 Tomsion in lilter took My shower in dayroom Call
3) on the 2-9-20 winston in lilter Took My shower in dayroom Call
4) on the 2-10-20 briggers in frankly took My shower in dayroom Call
5) on the 2-11-20 Johnthen give me My shower in dayroom Call
6) on the 2-12-20 lilter in winston took My shower in dayroom Call no phone
7) on the 2-13-20 lilter in the New officer Took My shower in dayroom Call
8) on the 2-14-20 frankly in biggers in Morre Took My shower in dayroom Call
9) on the 2-15-20 Johnthen in New officer Took My shower in dayroom Call in phone
10) on the 2-16-20 Johnthen in New officer morre give me My shower in dayroom Call in phone
11) on the 2-17-20 Winston in RayBorn Took My shower but no dayroom a phone

On the 2-20-20 They let The white man in Cell 212 get on the Phone but not me They Racist I told you that 2

12) on the 2-18-20 lilter in Morre give me a shower in My Dayroom Call in phone
13) on the 2-19-20 frankly in Johnthen in L.t. Barnett took My shower in My Dayroom Call not phone
14) on the 2-20-20 officer Biggers in officer Morre Took My shower in dayroom Call in phone
15) on the 2-21-20 officer frankly in officer winston Took My shower in dayroom Call
16) on the 2-22-20 officer Winston in officer RayBorn took My shower in dayroom phone Call
17) on the 2-23-20 officer Winston officer RayBorn took My shower in dayroom Call
18) on the 2-24-20 officer smith give Me My shower but no dayroom Call
19) on the 2-25-20 offier Johnthen Walker in Morre took My shower in dayroom Call
20) on the 2-26-20 officer Winston in lilter took My shower in dayroom Call
21)

Caavis-Johnson
Real facts

They braking My 14th Amendment no one should have a Cruel and unusal punishment uflicted up on them. but they do they Racist at this jail in they mad cuz My family put that post up all over facebook about how they beat me up in how they poison My food a lot at this Racist jail The capt. over this Jail tell them to make me suffer. I aint did nothing to these officers they come to work wont to beat up on a black man for nothing in make a black man suffer in brag about it

They ben smoking for years Bryant Bailey by federal law he know that he letting the officers my me suffering by not letting me come out my room a no shower I b[een] lockdown 20 days in aint shower in 2 week in some days now the camera will show that I got everything wrote down everytime they take my shower in d[ay] room call in phone call Bryant Bailey tell the Capt over the jail Capt Vaugh[n] to make me suffer in dont let me out my room for nothing he booking my 14th Amendment Cruel and unusual Punishment Discrimination Retaliation cuz I got a case on them they gone to to kill me but Im letting yall know before they d[o] it will yall please move me away from this jail I fear for my life

Carcus Johnson
2-26-20

On the 2-22-20 The white officer Ray Born come on the zone give the white man Brian Hearn a haircut but wont give us no Haircut 2 blacks inmates over here need a haircut bad in we ask him can we get one I told yall they Racist at this jail The inmate Brian Hearn is white

in on the 2-12-20 I sent out some Mail to The Clerk U.S. District Court In Jackson MS I dont know The officer name Camera See me give him My Mail

2-11-20 I sent out My Mail to The F.B.I. Headquarter in Washington Dc To officer Fox Camera see me give him My Mail